AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: State of maine | |
|---|---|---|
| Name (under which you were convicted): Foster Bates | | Docket or Case No.: 2021 Civil Pd2-368 |
| Place of Confinement : Maine State Prison, Warren, me | | Prisoner No.: #52368 |
| Petitioner (include the name under which you were convicted) Foster Bates | v. | Respondent (authorized person having custody of petitioner) James HanCox |
| The Attorney General of the State of: Maine | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Cumberland County Superior Court Portland, me.

   (b) Criminal docket or case number (if you know): Cum-02-568

2. (a) Date of the judgment of conviction (if you know): July 22, 2002

   (b) Date of sentencing: September 6, 2002

3. Length of sentence: Life plus 30 years

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Murder-Life

   Gross Sexual Assault - 30 years

6. (a) What was your plea? (Check one)

   ☒ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

   ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes      ☐ No

8.   Did you appeal from the judgment of conviction?

☑ Yes      ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   Maine Supreme Judicial Court

(b) Docket or case number (if you know):   Cum-02-568

(c) Result:   Denied

(d) Date of result (if you know):   May 8, 2003

(e) Citation to the case (if you know):   2003 ME 67; 822 A.2d 1129

(f) Grounds raised:   Sufficiency of Evidence; Jury violation; Sentence;
Marital Communication

(g) Did you seek further review by a higher state court?      ☐ Yes      ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised:

_____
_____
_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): ~~540 US 890 125 S. Ct 125 157 LEd 2d 164~~ *N/A*

(2) Result: Denied

(3) Date of result (if you know): Oct. 6, 2003

(4) Citation to the case (if you know): 540 US 890 124 S. Ct. 275, 157 L.Ed 2d 164

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: Cumberland County Superior Court, Portland, ME

(2) Docket or case number (if you know): NO. CR-03-1998

(3) Date of filing (if you know): August 29, 2003

(4) Nature of the proceeding: Post-Conviction Review

(5) Grounds raised: ① Ineffective Assistance of Counsel; ② Juror Selection Process; ③ Blakely Retroactivity

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes   ☐ No

(7) Result: Denied

AO 241 (Rev. 09/17)

(8) Date of result (if you know): Sept. 5, 2007

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Cumberland County Superior Court, Maine

(2) Docket or case number (if you know): CUM-16-599

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: Post-Conviction Review- DNA

(5) Grounds raised: New Discovered Evidence based upon DNA.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes   ☐ No

(7) Result: Denied

(8) Date of result (if you know): Jan. 23, 2018

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Cumberland County Superior Court, Maine

(2) Docket or case number (if you know): CUMCD-CR-2017-03233

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: Post-Conviction Review

(5) Grounds raised: Newly Discovered Evidence base upon DNA and witness testimony.

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes   ☐ No

(7) Result: Denied

(8) Date of result (if you know): Dec. 19, 2019

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☒ Yes   ☐ No

(2) Second petition:   ☒ Yes   ☐ No

(3) Third petition:   ☒ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:   Ineffective Assistance of Counsel - Trial Counsel and Post-Conviction Review - Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

① Trial Counsel failure to have DNA evidence tested and call expert witness. ② Trial Counsel failure to call proper witnesses. ③ Trial Counsel failure to challenge Jury and Grand Jury Composition ④ Trial Counsel failure to motion for Grand Jury minutes. ⑤ Trial Counsel failure to file motion for miss trial based on prosecutorial misconduct (destroying exculpatory evidence). PCR Counsel failure to file timely motion for new trial.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☒ No

    (2) If you did not raise this issue in your direct appeal, explain why: According to Appeal Attorney ineffective assistance of counsel is not a ground for direct appeal.

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes     ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: Post-Conviction Review

    Name and location of the court where the motion or petition was filed: Cumberland County Superior Court, Portland, me.

    Docket or case number (if you know): CR-03-1998

    Date of the court's decision: Sept. 5, 2007

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition?                              ☒ Yes     ☐ No

    (4) Did you appeal from the denial of your motion or petition?                        ☒ Yes     ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes     ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state: Maine

    Name and location of the court where the appeal was filed: Maine Supreme Judicial Court.

    Docket or case number (if you know): CUm-07-575

    Date of the court's decision: Sept. 11, 2008

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Petition for Writ of Certiorari to Maine Supreme Judicial Court

**GROUND TWO:** Jury Violation and Jury Process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The day of my jury selection, 19 jurors read a news article regarding my case, 3 out of the 19 who read the article, were seated as jurors. The only African-American and minority juror summoned was excused for cause by trial Judge because she was her sisters Lacrosse coach. My trial Counsel selected the 3 jurors who read the article, although the 3 jurors stated they thought they could be fair and impartial but were not sure.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Review

Name and location of the court where the motion or petition was filed: Cumberland County Superior Court, Portland Me

Docket or case number (if you know): CR-03-1998

AO 241 (Rev. 09/17)

Date of the court's decision: _Sept. 2008_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?          ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: _Me._

Name and location of the court where the appeal was filed: _Cumberland County Superior_

_Court, Portland, Me._

Docket or case number (if you know): _CR-03-1998_

Date of the court's decision: _Sept. 2007_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :

_____

_____

_____

**GROUND THREE:**   _Insufficient Evidence to support murder_
_and Gross sexual Assault._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_State's medical examiner testified there was no evidence_
_to support a rape; no signs of damage to vaginal or genital region to_
_suggest that a rape occured. My DNA was not on the sock stuffed_
_in the victim mouth. Judge called sock murder weapon. DNA expert_
_testified at PCR hearing, DNA on sock is mostly likely person who_
_committed crime._

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Review

Name and location of the court where the motion or petition was filed: Cumberland County

Superior Court, Portland, Me

Docket or case number (if you know): CR-03-1998

Date of the court's decision: Sept. 5, 2007

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: Me.

Name and location of the court where the appeal was filed: Supreme Judicial Court

of Maine

Docket or case number (if you know): CUM-16-544

Date of the court's decision: Jan 23, 2018

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:**  Prosecutorial Misconducted

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

State's AAG misplaced / destroyed exculpatory evidence
before my trial and during post-conviction-review
proceeding. During trial the video and audio recording
of an alternative suspect was not provided as part of my
discovery of evidence. AAG stated they were missing. The sock
found in victim mouth came up missing during DNA PCR hearing.
As well as other exculpatory evidence.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Trial Counsel; Direct
Appeal Counsel; PCR Counsel did not raise issue as requested
However, during my July 2023 PCR hearing, PCR Counsel (new)
raised issue to PCR court that recommended to file a
compliant.

(c)    **Direct Appeal of Ground Four:**
(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No
(2) If you did not raise this issue in your direct appeal, explain why: Appeal Counsel stated
Prosecutorial misconduct was not a ground for
direct Appeal.

(d)    **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?            ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?        ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

PCR Court recommended to file a compliant against
AAG/state for destroying/misplacing exculpatory
evidence. Direct Appeal Counsel State Prosecutorial
misConduct is Not a ground for Direct Appeal.

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction? ☒ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:   _____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

Ground 4: Prosecutorial misconduct - PCR Court recomm-
ended to file a complaint. Appeal Attorney stated
prosecutorial misconduct is not a ground for direct Appeal

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition? ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.   _____

_____

_____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging? ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.   _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.　Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:　Howard O'Brien

(b) At arraignment and plea:　Howard O'Brien

(c) At trial:　Howard O'Brien

(d) At sentencing:　Howard O'Brien

(e) On appeal:　Jane Leigh

(f) In any post-conviction proceeding:　Peter Cyr, Tina H. Nadeau

Rory McNamara

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.　Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?　☐ Yes　☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?　☐ Yes　☒ No

18.　TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Due to the lengthy process of DNA Post-conviction
Review and new discovered evidence and multiple
appeals, my state remedy became final on April 2,
2024. Wherefore, I have exhausted all my state
remedies to the best of my knowledge.

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Vacate Judgement and remand to lower court to review all newly discovered evidence in it's totality Hold State accountable for distorting exculpatory evidence by granting new trial

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on April 16, 2024 (month, date, year).

Executed (signed) on April 16, 2024 (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____